### AFFIDAVIT IN SUPPORT OF DETENTION AS TO JULIET MORA

I, Paul Yoon, being duly sworn, hereby depose and state as follows:

## I.    INTRODUCTION

1.      I am a task force officer ("TFO") with the Internal Revenue Service Criminal Investigation ("IRS-CI") and have been employed since 2015. As part of my official duties, I investigate allegations of violations of federal criminal law, including many cases of fraud, including real estate investment schemes. As a part of my assignment, I have conducted or been involved in investigations of alleged criminal violations, including but not limited to currency structuring, money laundering, mail fraud, and wire fraud. I have completed approximately 1,900 hours of training in various aspects of criminal investigation, including classes and seminars on structuring, money laundering, wire fraud, mail fraud, seizure, forfeiture, and financial investigative techniques used in financial and narcotics investigations. I have participated in executing federal and state search warrants and seizure warrants involving the seizure of contraband and records related to asset concealment for tax evasion or other criminal activities, as well as asset seizures. As a deputized IRS-CI task force officer, I am authorized to investigate criminal offenses under Title 18 and Title 31 criminal offenses.

2.      I have participated in informal training and have participated in investigations into advance-fee scams. In a typical advance-fee scam, victims are approached by telephone or email and convinced to pay relatively small upfront fees under the belief that they are owed substantial amounts of money currently frozen overseas or held by a foreign government. However, there is no frozen or held money, and the scammers keep the upfront fee while providing nothing in return. This experience forms the basis for any opinions expressed below.

## II.    INVESTIGATION INTO MORA

3.    The investigation into the fraud scheme has been ongoing for several years. I have reviewed and incorporated the background of the fraud scheme and Juliet Mora ("MORA")'s involvement in Exhibit 1 to this affidavit.

4.    This affidavit is providing new information regarding MORA's communications and involvement in the fraud scheme.

### A.    MORA and Twenty-Two Others are Charged with Conspiracy to Commit Money Laundering and Wire Fraud.

5.    On October 21, 2025, a federal grand jury issued a second superseding indictment charging Juliet Mora and twenty-two others with eighteen wire fraud and money laundering counts, Case No. 1:25-CR-00099-JLT-SKO, in the Eastern District of California. Since then, fifteen defendants were arrested and arraigned on the redacted second superseding indictment. Mora and the remaining defendants were not arrested and the unredacted SSI remains sealed. At the time of the initial arrests, investigators believed Mora was living in Central America, specifically Nicaragua, and outside the jurisdiction of the United States.

6.    Based on my experience with this case, and speaking with other law enforcement officers with knowledge of Nicaragua and this case, I know that Nicaragua is a difficult country regarding extradition of United States fugitives. Based on this, I believe that if MORA is able to return to Nicaragua, where she has been staying for several months, it would be very difficult for United States officials to apprehend her.

### B.    MORA was Arrested in Boston with $9,700 in Cash.

7.    On December 16, 2025, MORA was arrested on December 16, 2025, at the Boston International Airport by U.S. Customs and Border Protection (CBP) and the FBI (Boston FO) for the outstanding arrest warrant. CBP searched MORA's person, personal belongings, and the checked luggage at the time of the arrest. At the time of the arrest, MORA was found to be in possession of $9,700.00 in

US currency. This amount is significant because MORA would not be required to report the currency by filing the Currency and Monetary Instrument Report with the CBP.

**C.    Mora's Involvement in the Fraud Scheme.**

8.    MORA became involved in this fraud scheme in August 2021. Throughout the scheme, MORA has maintained the shell company *Domestic and International Business Solutions, LLC*, based in Hayward, California. Through this shell company, MORA has received over 100 incoming wire transfers totaling $1,569,826 in victim funds and made over $933,000 cash withdrawals.

9.    Investigators have traced at least $2,749,649 in stolen funds directly to accounts controlled by MORA.

10.    In applications to banks, MORA provided bogus business activity to conceal the true nature and origin of the funds entering and leaving her accounts. For example, in an application to open an account with Wells Fargo, MORA wrote that the purpose of the business was to "buying and selling houses." She identified herself as the "Key Executive with Control of the Entity."

11.    Throughout the relevant period, MORA opened up several bank accounts under her shell company. Based on my, and other investigator, review of the bank records, the funds deposited or transferred into these bank accounts only involved victim funds.

**D.    Mora Traveled to Central America with Victim Checks and Shell Company Documents.**

12.    Since 2019, MORA has made several trips to central America.

13.    On May 3, 2024, MORA was contacted and interviewed by U.S. Customs and Border Protection (CBP) at San Francisco International Airport while boarding a flight to Nicaragua. MORA claimed to be a nursing professional and stated that her boyfriend had relocated to Managua, Nicaragua, to establish a real estate business. MORA provided an email address of belm83@gmail.com and her cell phone number. CBP inspected MORA's two checked luggage items and located the following:

- Document showing MORA owns a company named *Domestic and International Business Solutions, LLC*, filed under her name since August 10, 2021, with an address of in Oakland, California.
- Business checking account application for Wells Fargo Bank dated May 1, 2024.
- A receipt of an outgoing wire transfer for $99,000.00 on April 17, 2024, from *Domestic and International Business Solutions, LLC*
- An invoice #3582, for $165,888.16, citing "Investment" from *Domestic and International Business Solutions*, LLC, to a known victim, S.C., at S.C.'s address of record dated April 5, 2024. A photograph of this invoice with the associated SC's check for $165,888.16 was discovered on CO-CONSPIRATOR 1's Google account.
- A deposit receipt from Citibank in Hayward, California, dated April 17, 2024, for $87,690.18. A photograph of this deposit receipt was discovered on CO-CONSPIRATOR 1's Google Drive account.

### E.    Communications Between Mora and Co-Conspirators

14.    During the investigation, investigators obtained search warrants into MORA and other codefendant's Google and Apple iCloud accounts. Investigators, including myself, examined the contents of the returns. The accounts contained several WhatsApp voice messages, photographs, screenshots, and other files. Several of the voice messages uncovered multiple exchanges between CO-CONSPIRATOR 1 and MORA. Several voice messages suggest a romantic relationship between CO-CONSPIRATOR 1 and MORA. Additionally, many voice messages detailed extensive banking and financial transactions carried out by MORA at various banks and financial institutions in furtherance of the fraud scheme.

15.    There are several hundred WhatsApp voice messages exchanged between MORA and CO-CONSPIRATOR 1, discussing financial transactions involving multiple bank accounts across various banks, as well as transactions related to MORA's Zelle and Venmo accounts that I and other investigators have reviewed. Based on these communications, I believe MORA knew and intentionally processed victim

checks and participated in moving and concealing victim funds. Bank records obtained during this investigation show that MORA engaged in these types of financial transactions as early as June 2020.

16.    Below are some of the communications from my review.

    **1.**    **MORA Communicated with CO-CONSPIRATOR 1 About Receiving Victim Funds, that were Corroborated by Bank Records.**

17.    On December 8, 2021, MORA sent the voice messages to CO-CONSPIRATOR 1 via WhatsApp discussing a twenty-five-thousand-dollar transfer of victim funds:

    MORA:      It looks like the wire came

    MORA:      Twenty-five thousand two hundred thirty four

18.    Wells Fargo bank records obtained by the investigators in response to grand jury subpoenas confirmed that MORA's business checking account #1106 received a wire transfer of $25,234.00 from *Internacional Financial Investments* on December 8, 2021. *Internacional Financial Investments* was formed and operated by CO-CONSPIRATOR 2. Based on the bank records investigators traced the funds to a victim J.W. mailed on November 23, 2021. This check was deposited into CO-CONSPIRATOR 3's Wells Fargo account #6752.

19.    On December 17, 2021, CO-CONSPIRATOR 1 sent MORA the following voice message via WhatsApp:

    Co-Conspirator 1:    Do me a favor and give me the correct amount of what came in through the account please, exact amount

    Co-Conspirator 1:    It's okay, no worries, whatever needs to be covered, cover it. What I need is the balance. Send me a complete balance of whatever is left in the account please, including the drop that just came in

20.    Bank records confirmed that MORA's business checking account #1106 received a wire transfer of $6,212.00 the same day from another CO-CONSPIRATOR's account.

2.    **Communications About Opening Bank Accounts.**

21.    On March 15, 2022, MORA and CO-CONSPIRATOR 1 exchanged the voice messages discussing opening new bank accounts in furtherance of the fraud. *See* Figure 1. In the messages they discuss the closure of MORA's Wells Fargo accounts, which were closed for suspicious activity.

**Figure 1: Communications Between MORA and CO-CONSPIRATOR 1 on March 15, 2022**

| | | |
|---|---|---|
| Media_WhatsApp Voice Notes_202212_PTT-20220315-WA0035.opus_Converted.wav | I got a business credit card today which came with the free checking and savings account with no fees. That's what I was looking for something that adds points. I do travel frequently so it's very good to have zero interest and again has points that you add up that they give to you. So today was a very good thing to do. They did say if I'd like to change to a business account, that's fine. I will go back there and get a business account, but I'm not gonna do more than two. I think two is more than enough. I don't think we need more than two business accounts. Personally, there's just too many accounts and I don't want to have so many different accounts that I have to frickin look over,okay? It's a lot of work to have a bunch of accounts. So you know, I'm trying to do things to where I can keep track. I don't want a bunch of accounts all over the place. That's all, two business accounts is more than enough. You do not need more than that and every day it seems like I've been at the bank constantly open up accounts and things like that. It gets a little bit frustrating, you know, it's, it's time-consuming and it's frustrating. So I don't want to keep on spending every single day living at the bank. So that's fine. I told you I'll do one more and that's it. We do not need more than two business accounts. It's just not needed | MORA |
| Media_WhatsApp Voice Notes_202212_PTT-20220315-WA0036.opus_Converted.wav | But you don't hang up the phone because, to me, it's like you do that on purpose. I don't know who's calling you, looks like Paola, and that's why you're hanging up on me. | MORA |
| Media_WhatsApp Voice Notes_202212_PTT-20220315-WA0037.opus_Converted.wav | Nobody was arguing with you, I was just saying, I'm not going to do more than one more. Two business accounts is all I was going to do. That's what I told you. You never told me I needed to have more than two. The assumption is I only needed to have one, not a bunch. So, like I said, two is that's it. I'm here frequently. If you need something done, it doesn't need to get done right now. I'm here more than enough time that you don't need me to have all this stuff floating. It can wait. There's more than enough accounts right now for money to go in and out of where there's not going to be a problem. Okay? You're the one that told me that it wasn't going to be a problem anymore, that you weren't going to be withdrawing the money like that. So if you're not withdrawing money the way that you were in one account, you're not going to have any problems. | MORA |
| Media_WhatsApp Voice Notes_202212_PTT-20220315-WA0038.opus_Converted.wav | You know, I really get tired of explaining things to you. I really do. I'm not gonna lie. You know what I'm saying? At the end of the day, the reason why Wells Fargo got fucked, okay, is because there was only one account, okay? You went ahead and opened up a second account, but it's not a business account. It's a regular fucking account. So what is the point of having that? Huh? You have a business, so what you need is business accounts. You don't need that fucking regular account, for what? What is the purpose of that? You see what I'm saying? So understand this. The reason why Wells Fargo got fucked is because we're dealing with one account. That's it. Okay? You have multiple accounts, then it's not a problem. Why? Because it doesn't have to be the same bank. Okay? Make sure that tomorrow you open up the fucking business account like you were supposed to. Okay? Yeah, two accounts will be fine. Okay? Business accounts, that is. | Co-Conspirator 1 |

3. **MORA Continued to Communicate in 2024 About Opening up Bank Accounts.**

22. Between April 4 and 5, 2024, MORA and CO-CONSPIRATOR 1 discussed a post office box she obtained under her shell company. See Figure 2. Some victims mailed their checks to this P.O. Box address during the relevant period. MORA stated she could withdraw the cash that CO-CONSPIRATOR 1 had sent her. These communications show MORA knowledge of the scheme, and her preference on how to carry it out with her shell company.

**Figure 2: Communications Between MORA and CO-CONSPIRATOR 1 on April 4, 2025**

| | | |
|---|---|---|
| Media_WhatsApp Voice Notes_202414_PTT-20240404-WA0007.opus_Converted.wav | See, my PO box is at the downtown Hayward location, not this one over here. It would have been a lot easier if it were over here, but I don't'... I always chose the downtown. It's easier. | MORA |
| Media_WhatsApp Voice Notes_202414_PTT-20240404-WA0051.opus_Converted.wav | That is the correct address. I just googled what zip code is 94543. It says postal code in Hayward, California. | MORA |
| Media_WhatsApp Voice Notes_202414_PTT-20240405-WA0005.opus_Converted.wav | Don't call me up with a problem and ruin my day, please. I don't need it. Should've used my address. You're the one that wanted to use the P.O. Box and I told you not to. I said to use my address. I have an address here in California that nobody's gonna question, that nobody touches my mail and goes through my mail and should've did it to my address. That's what I told you. I don't wanna hear anything about this P.O. Box. We're gonna go right now and I'm gonna find out what happened because that is the correct address. So let's see what they say when they tell me that is the correct address. | MORA |
| Media_WhatsApp Voice Notes_202414_PTT-20240405-WA0009.opus_Converted.wav | This is the address that the domestic and international business solutions LLC is connected to it is my home address right now I'm gonna go print out what the lady's asking and I'm gonna go put come back to the post office and have them add my business on to the post office | MORA |
| Media_WhatsApp Voice Notes_202414_PTT-20240405-WA0011.opus_Converted.wav | The problem here is the reason why it was never added to the P.O. Box is because that is not the correct address, what's listed with Domestic and International Business Solutions is my home address. | MORA |
| Media_WhatsApp Voice Notes_202414_PTT-20240405-WA0020.opus_Converted.wav | So I can either pull the cash out today that you sent or I can pull it out Monday morning. | MORA |

23.    On July 19, 2024, MORA messages CO-CONSPIRATOR 1 regarding her opening up more bank accounts under her shell company. See Figure 3. Based on bank records obtained during this investigation, MORA opened a Citizens Bank on July 22, 2024, in her shell company's name.

**Figure 3: Communications Between MORA and CO-CONSPIRATOR 1 on July 19, 2024**

| | | |
|---|---|---|
| Media_WhatsApp Voice Notes_202429_PTT-20240719-WA0006.opus_Converted.wav | So Monday at 2 o'clock p.m. I have an appointment with Citizens Bank, which I noticed Citizens Bank has been in California recently. I believe there is one as close as Fresno currently right now. So it's growing into California. So Citizens Bank is a Rhode Island, New England based bank. And yeah, I already set up an appointment. I just talked to somebody on the phone. I already have an appointment. And she did say the same thing. As long as you're registered and you have that that license, it doesn't matter if it's California. You can open up a business license anywhere in America as long as you have your business certificate and you know, your proof of that stuff, which I do. So I'm putting it in my suitcase right now. Then we're good. I got the appointment on Monday at 2 p.m. | MORA |

24.    On August 5, 2024, MORA and CO-CONSPIRATOR 1 discussed a "12k" deposit into a Wise account. See Figure 4.

**Figure 4: Communications Between MORA and CO-CONSPIRATOR 1 on August 5, 2024**

| | | |
|---|---|---|
| Media_WhatsApp Voice Notes_202432_PTT-20240805-WA0004.opus_Converted.wav | There is money coming in today into the Wise, just so you're aware of, that's why I'm saying what I'm saying. | Co-Conspirator 1 |
| Media_WhatsApp Voice Notes_202432_PTT-20240805-WA0005.opus_Converted.wav | And all you have to do is transfer the 9500 that's sitting in the Wise. That's all you have to do, because there's another 12k coming into Wise today. | Co-Conspirator 1 |
| Media_WhatsApp Voice Notes_202432_PTT-20240805-WA0023.opus_Converted.wav | No wise money yet. | Juliet |

25.    Based on Wise Bank records, MORA's Wise bank account received a wire transfer of $12,535.89 from another CO-CONSPIRATOR's bank account, citing "buying investment materials."

### F.    **MORA Took Pictures of Victim Checks and Fake Invoices Sent to Victims After Receiving the Checks.**

26.    Throughout the investigation, investigators have obtained several photos and screenshots on Google drives controlled by coconspirators from MORA. For instance, investigators saw MORA's California driver's license, U.S. passport, bank statement screenshots showing balances, the front and

back of various credit cards in MORA's name, and those belonging to *Domestic and International Business Solutions, LLC* on CO-CONSPIRATOR 1's Google Drive. Additional items included U.S. Postal Service tracking information, a business tax certificate from the City of Oakland for *Domestic and International Business Solutions, LLC*, and various bank account and routing numbers associated with MORA.

27.    Screenshots also showed MORA and CO-CONSPIRATOR 1 during video calls while conducting financial transactions, along with group photos of other known co-conspirators armed with firearms. There were also images of handwritten notes with personal information of known victims, including their names, ages, occupations, addresses, phone numbers, past timeshare property purchases, monthly income, and assets such as IRAs, homeownership, and other retirement accounts.

28.    I have reviewed several images obtained from search warrant returns of Google and Apple accounts and I have spoken to investigators who have reviewed them. Several of the images were taken by MORA, which was confirmed by bank records and camera footage showing the deposits of the victim checks into her shell company's bank account.

29.    For example, on April 17, 2024, MORA deposited a victim check for $87,690.18 from victim C.W. into her shell company's bank account. MORA was captured on the Citibank branch surveillance camera depositing this check on April 17, 2024. See Figure 6. Investigators also obtained a picture of MORA holding the check and the receipt for the deposit. See Figure 7.

///

///

///

///

///

///

**Figure 6: MORA depositing Victim C.W.'s Check**
**for $87,690.18 into her Citibank Account on April 17, 2024.**



**Figure 7: Mora Holding Victim C.W.'s Check and**
**Bank Statement After Depositing Victim C.W.'s Check.**



30.     MORA took several photographs of the victim checks. On April 15, 2024, MORA took a picture of an invoice and check from victim S.C., payable to MORA's *Domestic and International Business Solutions, LLC*, in the amount of $165,888.16. See Figure 8. MORA was also in possession of

this invoice when she was contacted and interviewed by U.S. Customs and Border Protection (CBP) at the San Francisco International Airport on May 3, 2024.

**Figure 8: Invoice and Check for $165,888.16 from Victim S.C. to MORA's Shell Company.**



   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Paul Yoon
Task Force Officer
Internal Revenue Service Criminal Investigation

# __Exhibit 1__

Redacted Search Warrant and Affidavit, Case No. 1:25-SW-00001-BAM
Eastern District of California

AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| In the Matter of the Search of | )  |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| Information Associated with Google Accounts: (1) belm83@gmail.com; (2) ██████████ (3) ██████████ (4) ██████████ (5) ██████████ (6) ██████████; and (7) ██████████ Stored at premises owned, operated, and controlled by Google LLC. | ) ) ) ) ) ) |

Case No.  1:25-sw-00001-BAM

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachments A, which are incorporated by reference as though fully set forth herein.

located in the _____Eastern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachments B, which are incorporated by reference as though fully set forth herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1343 | Wire Fraud |
| 18 U.S.C. §1349 | Bank Fraud |
| 18 U.S.C. 1956 | Money Laundering |

The application is based on these facts:

See affidavit which is attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

FBI Special Agent Kristen Reed
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____ *(specify reliable electronic means).*

Date:  1/2/25

_____
*Judge's signature*

City and state:  Fresno, California

Hon. Barbara A. McAuliffe, U.S. Magistrate Judge
_____
*Printed name and title*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTACHMENT A**

### **Property to Be Searched**

This warrant applies to information associated with: (1) **belm83@gmail.com**; (2) ███████████████████**gmail.com**; (3) ████████████████**gmail.com**; (4) ███████████**gmail.com**; (5) ██████████████**gmail.com**; (6) ██████████████**gmail.com**; and (7) ██████████**gmail.com**, that is stored at premises owned, maintained, controlled, or operated by Google, LLC, a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

ATTACHMENT A

## **ATTACHMENT B**



ATTACHMENT B

1

b.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



ATTACHMENT B

3

1    n.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  ATTACHMENT B
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  ATTACHMENT B                              6
28

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH THE
GOOGLE ACCOUNTS:
  (1) belm83@gmail.com;
  (2) ███████████gmail.com,
  (3) ███████████gmail.com;
  (4) ███████gmail.com;
  (5) █████████gmail.com;
  (6) █████████gmail.com; and
  (7) ██████gmail.com.

THAT IS STORED AT PREMISES
CONTROLLED BY GOOGLE LLC

CASE NO.

**AFFIDAVIT OF FBI SPECIAL AGENT
KRISTEN REED IN SUPPORT OF AN
APPLICATION FOR A SEARCH WARRANT**

**UNDER SEAL**

## TABLE OF CONTENTS

I.    INTRODUCTION ...................................................................................1
    A.    Purpose of the Affidavit...........................................................1
    B.    Attachment B. ...........................................................................1
    C.    Affiant's Background.................................................................2

II.   JURISDICTION ....................................................................................3

III.  SUMMARY OF PROBABLE CAUSE...................................................3

IV.  PROBABLE CAUSE...............................................................................4
    A.    A Criminal Network Operating in ████ ████ the Eastern District of
    California and Elsewhere, Defrauded Elderly Victims for Millions of Dollars. .................4

        1.    The Fraud Scheme Follows a Pattern of Extracting Funds from
            Victims Through Misrepresentations, Fake Legal Representations, and
            False Promises. ...............................................................4

        2.    The Victims are Directed to Deposit Funds into Bank Accounts
            Owned by Fraudsters Within the United States, which are then
            Transferred Between Accounts Owned by Different Members of the
            Fraud. ..............................................................................8

B.  Investigators Interviewed Dozens of Elderly Victims Regarding the Nature and Scope of the Fraud Scheme. ................................................................8

    1.  Interviewed Victim J.L. .................................................................9

    2.  Interviewed Victim T.S. ................................................................9

    3.  Interviewed Victim C.H. .............................................................10

    4.  Interviewed Victim D.F. .............................................................11

C.  Communications From the "Nomads Financial Investments" Owner and Other Members of the Fraud Scheme Showed How Victim Funds are Moved. ........................11

    1.  Alejandro Created Nomads Financial Investments as Part of the Fraud Scheme. ....................................................................11

    2.  Alejandro's Cellphone Contained Communications with Co-Conspirators Regarding the Fraud Scheme. ..........................12

    3.  Alejandro and ██████ Discussed Victim Funds, Wire Transfers, and "Fees" for Facilitating the Transfer. ....................14

D.  Members of the Fraud Scheme Use Email Accounts to Open Bank Accounts. ...............18

E.  There is Probable Cause Account 1 Associated with Juliet Mora Contains Evidence of a Crime. ..........................................................................20

    1.  Account 1 was Listed on Mora's Wells Fargo Bank Account Which Received and Transferred Victim Funds. ...........................20

    2.  Account 1 was Listed on Mora's Bank of America Account Which Received and Transferred Victim Funds. ...........................22

    3.  Account 1 was Listed on Mora's U.S. Bank Account Which Received and Transferred Victim Funds. ....................................23

    4.  Account 1 was Listed on Mora's Citibank Account Which Received and Transferred Victim Funds. ....................................24

    5.  Account 1 was Listed on Mora's First United Credit Union Account Which Received and Transferred Victim Funds. ..............26

    6.  Account 1 was Listed on Mora's Wise Account Which Received and Transferred Victim Funds. ....................................28

    7.  Mora Listed Account 1 as Her Email Address to U.S. Customs Officials and Possessed Documents Associated with her Business and Bank Accounts. ..........................................................29

    8.  Google Documents Produced in Response to a Federal Court Order Under Section 2703(d) Showed Account 1 is Still Active and Associated with Mora. ..........................................................30

AFFIDAVIT

ii

F.   There is Probable Cause Account 2, Associated with ██████████ Contains Evidence of a Crime. ..................................................... 32

    1.   Account 2 was Listed on ██████████ Wells Fargo Bank Account Which Received and Transferred Victim Funds. ................... 32

    2.   Google Documents Produced in Response to Grand Jury Subpoenas Show Account 2 is Still Active and Associated with ██████ ....................... 34

G.   There is Probable Cause Account 3, Associated with ██████████ Contains Evidence of a Crime. ..................................................... 34

H.   There is Probable Cause Account 4, Associated with ██████████ Contains Evidence of a Crime. ..................................................... 35

    1.   ██████ Used a Wells Fargo Bank Account to Receive and Transfer Victim Funds. ..................................................... 36

    2.   ██████ Used a Bank of America Account to Receive and Transfer Victim Funds. ..................................................... 38

    3.   Google Documents Produced in Response to a Court Order Under Section 2703(d) Showed Account 4 is Still Active and Associated with ██████ ..................................................... 39

I.   There is Probable Cause Account 5, Associated with ██████████ Contains Evidence of a Crime. ..................................................... 40

    1.   Account 5 was Listed on ██████ Wells Fargo Account Which Received and Transferred Victim Funds Tied to ██████ ..................................................... 41

    2.   ██████ Used a Chase Bank Account to Receive and Transfer Victim Funds Tied to ██████ ........................... 42

    3.   ██████ Used a Bank of America Account to Receive and Transfer Victim Funds Tied to ██████ ........................... 44

    4.   Google Documents Produced in Response to a Court Order Under Section 2703(d) Showed Account 5 is Still Active and Associated with ██████ ..................................................... 46

J.   There is Probable Cause Account 6, Associated with ██████████ Contains Evidence of a Crime. ..................................................... 46

    1.   Account 6 was Listed on ██████ Wise Account Which Received and Transferred Victim Funds. ........................... 47

    2.   Google Documents Produced in Response to a Court Order Under Section 2703(d) Showed Account 6 is Still Active and Associated with ██████ ..................................................... 48

AFFIDAVIT

K.     There is Probable Cause Account 7, Associated with ███████████ Contains Evidence of a Crime. .......................................................49

    1.     Account 7 was Listed on ████████ Wise Account Which Received and Transferred Victim Funds. ..........................................49

    2.     Google Documents Produced in Response to a Court Order Under Section 2703(d) Showed Account 7 is Still Active and Associated with ███████ ...............................................................................49

V.     ███████████████████████████████████████████████████

VI.     REQUEST FOR SEALING.......................................................60

VII.     CONCLUSION.......................................................60

I, Kristen Reed, being first duly sworn, hereby depose and state as follows:

## I.    INTRODUCTION

### A.    Purpose of the Affidavit.

1.    I make this affidavit in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) for information associated with certain email accounts that are stored at premises controlled by Google, LLC, an email provider headquartered at 1600 Amphitheater Parkway, Mountain View, California. The information to be searched is described more fully in Attachment A, hereby incorporated by reference, for information associated with the following email accounts:

(1)  belm83@gmail.com, associated with Juliet Mora (**Account 1**);

(2)  ██████████gmail.com, associated with ██████████ (**Account 2**);

(3)  ██████████gmail.com, associated with ██ ██████ ██████ (**Account 3**);

(4)  ████████gmail.com, associated with ████████ (**Account 4**);

(5)  ████████gmail.com, associated with ████████ (**Account 5**);

(6)  ████████gmail.com, associated with ██████████ (**Account 6**); and

(7)  ██████████████ associated with ██████████ (**Account 7**),

2.    that are stored at premises owned, maintained, controlled, or operated by Google, LLC (herein after referred to collectively as the "**Target Accounts**").

3.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4.    Based on the facts set forth in this affidavit, there is probable cause to believe that the information described in **Attachments A1-A3** contains evidence and/or instrumentalities of violations of 18 U.S.C. §§ 1343, 1349, 371, 2326, and 1956, as described in Attachments B.

### B.    Attachment B.

5.    Attachment B authorizes the seizure of information that constitutes evidence of violations the fraud scheme described below, including wire fraud, bank fraud, and money laundering, involving

1    ████████████████ Juliet MORA, ████████████ ████████████ ████████████ ██████

2    ████████ ██████████████████ ██████████████████ and others known and unknown, and

3    occurring after May 2021. Under Attachment B, Google shall produce all content from May 2021, but

4    investigators will only seize evidence of the crime described below. There is also probable cause for

5    information starting on May 2021 and continuing to the present. Based on information produced on grand

6    jury subpoenas and victim interviews, the fraud scheme began on at least May 2021 and is ongoing. There

7    is also probable cause that the Google accounts are being used to facilitate this scheme. Therefore, there

8    is probable cause to authorize Attachment B's narrow seizure of evidence from May 2021 to the present.

9        **C.    <u>Affiant's Background.</u>**

10        6.    I am a Special Agent with the Federal Bureau of Investigation, and have been since

11    September 2018. I am a graduate of the FBI's Basic Field Training Program in Quantico, Virginia, and I

12    have been involved in several investigations regarding violations of federal law such as bank fraud, wire

13    fraud, and money laundering.

14        7.    I am currently assigned to the FBI's Office in Bakersfield, California, where I am a member

15    of the criminal squad. I have participated in complex financial investigations and the identification of co-

16    conspirators using telephone records and bills, financial records, social media, public records,

17    photographs, and other documents. I have conducted interviews of victims, witnesses, conspirators, and

18    subjects of investigations. I have executed search warrants for digital evidence and physical locations. I

19    have also conducted physical and electronic surveillance in connection to complex financial investigations

20    to identify ownership, residency, and patterns of life.

21        8.    I have participated in informal trainings and have participated in investigations into

22    advance-fee scams. In a typical advance-fee scam, victims are approached either by telephone or email

23    and convinced to pay relatively small upfront fees under the belief they are owed substantial amounts of

24    money that is currently frozen overseas or held by a foreign government. There is, however, no frozen or

25    held money, and the scammers keep the upfront fee and provide nothing in return. This experience forms

26    the basis for any opinions expressed below.

27        9.    Based on my training and experience and the facts as set forth in this affidavit, there is

28

1  probable cause to believe that violations of 18 U.S.C. § 1343 (wire fraud), 18 U.S.C. § 1344 (bank fraud),

2  18 U.S.C. § 1956 (laundering of monetary instruments), and conspiracy to commit (18 U.S.C. § 371) have

3  been committed by JULIET MORA, ███████████    ███████████    ███████████

4  ███████  ███████████  ███████████████  and  ███████████████

5  There is also probable cause to search the information described in Attachment A for evidence of these

6  crimes further described in Attachment B.

## II.    JURISDICTION

8      10.    This Court has jurisdiction to issue the requested warrant because it is "a court of competent

9  jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically,

10  the Court is "a district court of the United States . . . that – has jurisdiction over the offense being

11  investigated." 18 U.S.C. § 2711(3)(A)(i).

## III.   SUMMARY OF PROBABLE CAUSE

13      11.    The IRS and FBI are investigating a sophisticated and multi-tiered timeshare telemarketing

14  restitution fraud scheme. The fraudsters target elderly timeshare owners located throughout the United

15  States, Canada, and Puerto Rico. The fraudsters hold themselves out to be real attorneys working for law

16  firms that helped people like the victim receive restitution funds in connection with timeshare fraud

17  settlement payments. The fraudsters falsely claim the victims are entitled to this settlement fund but must

18  first pay a fee to access it. Victims believe they have been contacted by legitimate attorneys and sign fake

19  representation agreements and NDAs. Once they pay the initial fees, the fraudsters continue contacting

20  the victims with fake invoices and penalties that must be paid, threating them with jail and tax

21  consequences.

22      12.    The victims are directed to send checks and wire transfers to bank accounts and businesses

23  owned by members of the fraud scheme. The co-conspirators then receive and transfer funds at the

24  direction of the organization's leaders and organizers. The co-conspirators moving the money through

25  bank accounts have varying knowledge of the scheme, with some account holders being more involved

26  than others.

27      13.    During a multi-year investigation, I and other investigators have reviewed information

28

AFFIDAVIT                                        3

produced in response to grand jury subpoenas and court orders, reviewed bank surveillance footage, check deposit receipts, wire transfers, and interviewed several victims. Based on information produced in response to grand jury subpoenas and court orders, the **Target Accounts**, several  listed on bank accounts that have received and transferred victim funds, are owned by co-conspirators. Therefore, there is probable cause the **Target Accounts** contain evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§ 1343, 1349, 371, 2326, and 1956.

## IV.    PROBABLE CAUSE

### A.    A Criminal Network Operating in ███████ ██████  the Eastern District of California and Elsewhere, Defrauded Elderly Victims for Millions of Dollars.

14.    The Internal Revenue Service Criminal Investigation ("IRS-CI") and the Federal Bureau of Investigation ("FBI") are investigating a sophisticated and transnational fraud scheme involving timeshare properties, operating in the United States, ████  ████  and elsewhere. The scheme can be characterized as an "advance fee" scheme, a "pig butchering" scheme, and/or an "elder fraud" scheme.

### 1.    The Fraud Scheme Follows a Pattern of Extracting Funds from Victims Through Misrepresentations, Fake Legal Representations, and False Promises.

15.    The scheme generally operates as follows: individuals purporting to be attorneys, paralegals, and government officials, who are believed to be located in ████████  ██████  and/or the United States, contact owners and former owners of timeshare properties. Most of the owners are elderly. In general, the victims, some of whom have been involved in timeshare-related litigation in the past, are informed that they are entitled to share in the proceeds of a class action lawsuit that resulted from a fraudulent sale of timeshares and vacation properties. There is, however, no class action lawsuit, and the victims obtain nothing in return for the purported fee.

16.    As part of this investigation, I have interviewed victims, reviewed documents prepared by the fraudsters, reviewed financial information provided in response to grand jury subpoenas, and reviewed social media accounts. Based on interviews, review of records, and other information, I believe the scheme follows a pattern, which often involves five individuals/characters:

1

2

        **a.**     **A Fraudster, Posing as a Paralegal, Initial Reaches Out to Elderly Victims of Prior Timeshare Fraud with False Offers of Recovery.**

3         17.     The scheme's process begins with <u>Fraudster #1</u>, who reaches out to the victims and is

4 responsible for "setting the hook." <u>Fraudster #1</u> reaches out to unsuspecting victims, primarily elderly

5 victims who were the victims of prior timeshare fraud, by offering them the opportunity to receive

6 restitution. Fraudster #1 typically poses as a "paralegal."

7         **b.**     **A Second Fraudster, Posing as an Attorney, Follows Up with the Victim, Provides Fake Representation Agreement, then Collects a Fee.**

8         18.     <u>Fraudster #2</u>, posing as an attorney, will provide the victims with genuine news articles

9 from early 2010, which outlined arrests of scammers and seizure of their assets, enticing them to send the

10 first two checks to pay for tax-related fees. The "attorney" and "paralegal" sent the victims written

11 agreements indicating the victims had retained the law firm. Fraudsters use real attorney names and bar

12 numbers to further the fraud and gain credibility from the victim. See Figure 1. The attorneys are unaware

13 that their identities are being used by the Fraudsters. The victims are then sent FinCEN Form 105-Report

14 of International Transportation of Currency or Monetary Instruments, often referred to as CMIR, and the

15 Internal Revenue Service Form 1116, Foreign Tax Credit, to be filled out. Once the victims fill out and

16 sign the two forms, <u>Fraudster #3</u> will contact the victims.

17         **<u>Figure 1: Fake Representation Agreement Using a Real Attorney's Information.</u>**

18

19



20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

         **c.**      **A Third Fraudster, Posing as a U.S. Government Official, Then Contacts the Victim Claiming the Victim Owes Taxes or Fees.**

19.    Fraudster #3 then reaches out to the victim and is responsible for playing the role of a U.S. government official to extort the victims. Fraudster #3 typically acts as an official at the Financial Crimes Enforcement Network (FinCEN) or the U.S. Department of Treasury. Fraudster #3 often will allege that the law firm retained by the victims filed the wrong tax exemption form or filed one too many tax exemption forms, constituting a criminal act (referring to the FinCEN Form 105 and IRS Form 1116). Fraudster #3 will advise the victims that the law firm will be fined an amount money, usually as high as $250,000.00, and the victim will also be fined an amount of money, usually $50,000.00 to $100,000.00. The victims are told that the penalty fee must be paid or may face criminal prosecution. If a victim pays the penalty fee, Fraudster #4 will be introduced.

         **d.**      **The Fraudster, Posing as an Account Manager of the Settlement Funds, Then Contacts the Victims About Additional Fees.**

20.    Fraudster #4 is responsible for the account management fee scheme. Fraudster #4 will advise the victims that their restitution funds have been maintained in an account managed by an account manager, such as "Capital Wealth Management" in the Cayman Islands. Fraudster #4 will advise the victims that the final payout amount has increased drastically because of interest accrual. The victims reported that their final payout amount was said to be over $1 million. Fraudster #4 will tell the victims to pay an account management fee, typically from $100,000.00 to $135,000.00. The victims are told that the funds transfer will not be completed or significantly delayed if the fee is not paid. Fraudster #4 also provided the victims with a Non-Disclosure Agreement ("NDA")[1] form. See figure 2. The NDA form indicated that the victims are not allowed to discuss their venture with "Capital Wealth Management" with anyone. Many victims reported that when they advised the fraudsters that they no longer had the financial means to pay the additional fees, they were instructed to take a second mortgage on their homes, obtain a HELOC (Home Equity Line of Credit) loan, or completely sell their home to pay the fees.

---

[1] The perpetrators used an NDA to help ensure the victims did not tell their family, friends, or law enforcement about the fraud. Some of the victims interviewed by the investigators advised that the perpetrators gave them explicit instructions not to speak to law enforcement or anyone else regarding their venture.

6

**Figure 2: Fake NDA Form Provided to Victims.**



21.     Based on my training and experience and personal knowledge from this investigation, I believe the fake NDA is intended to cultivate credibility with the victim while also dissuading them from notifying others of the scheme. Through investigators conversations with some victims, the victims were unwilling to discuss details of the fraud, pointing to the fake NDA they signed as a reason not to speak.

e.  **The Fraudsters Then Scam the Victims Further by Charging Fictitious "Wire Transfer Insurance Fees."**

22.     <u>Fraudster #5</u> is responsible for scamming the victims for a "wire transfer insurance fee." Fraudster #5 acts as the director of SWIFT, Society for Worldwide Interbank Financial Telecommunications. SWIFT is a global cooperative owned by its members, which are banks and other financial institutions. SWIFT is a messaging system that allows members to send and receive information, primarily money transfer instructions, securely. Fraudster #5 will advise the victims that before the wire transfer of their funds can be completed, they must pay an insurance fee for the wire transfer to ensure that it is not fraudulent or illicit in nature. The typical insurance fee is about $100,000.00. If the victims can continue to pay the fees up to this point in the scheme, fraudsters will continue to contact and demand that the victims pay additional fees until the victims have exhausted all financial means. All the victims reported that they were told that all fees would be reimbursed later.

23.     The victims were directed to mail the checks using overnight or other priority delivery service and to provide the tracking numbers of the mail. Records obtained by the United States Postal

AFFIDAVIT

7

1  Inspection Service indicated multiple victims mailed certified mail parcels to known addresses of targets

2  in this investigation.

3          2.      **The Victims are Directed to Deposit Funds into Bank Accounts Owned by Fraudsters Within the United States, which are then Transferred Between Accounts Owned by Different Members of the Fraud.**

4

5        24.    Financial records obtained in response to grand jury subpoenas verified the deposit of these

6  victim checks into the bank accounts controlled by members of the scheme. These victim funds were then

7  deposited into the individual/business bank accounts controlled by members of the scheme. Then the funds

8  were ultimately laundered, layered, and funneled throughout other co-conspirator-controlled bank

9  accounts involved in the scheme. The bank accounts were created and controlled by co-conspirators in the

10  United States. The co-conspirators then received and transferred funds at the direction of the

11  organization's leaders and organizers. The co-conspirators moving the money through bank accounts had

12  varying knowledge of the scheme, with some account holders being more involved than others.

13        25.    The analysis of financial accounts provided in response to grand jury subpoenas confirmed

14  that at least twenty (20) subjects and eighteen (18) business entities were associated with the scam.

15        26.    Many of the targets of this scheme are Norteño and Nuestra Familia gang

16  members/associates, operating in or residing in the Eastern District of California. Investigators believe the

17  Norteño/Nuestra Familia gang[2] appears to be using this financial fraud scheme as a revenue source for the

18  organization, as well as a recruiting and retention tool.

19      **B.**    **Investigators Interviewed Dozens of Elderly Victims Regarding the Nature and Scope of the Fraud Scheme.**

20

21        27.    Throughout this investigation, I, and other investigators, have interviewed several victims

22  of the fraud scheme. I have reviewed interview reports for the interviews I did not personally conduct.

23  Based on these victim interviews, the fraudsters generally followed the same pattern and process discussed

24        [2]In my training and experience and in the knowledge provided by other trained gang agents, I have

25  learned that the La Nuestra Familia, Spanish for "Our Family" and also known as the "NF," is a criminal organization of Mexican American prison gangs with origins in Northern California. The NF was and

26  continues to be composed of a relatively small number of made members and NF membership involved a process of sponsorship, approval, and indoctrination. The perpetration of violence and other crimes,

27  including acts involving murder and drug trafficking, was ordinarily a prerequisite for entrance, continued membership, and advancement in the organization. While members of the Norteño gang are considered

28  to be foot soldiers of NF, being a member of NF, itself does not signify association as a Norteño.

above. The following victims all sent money to *Nomads Financial Investments*.

### 1.    **Interviewed Victim J.L.**

28.    On December 15, 2023, investigators interviewed an elderly male victim, J.L., who stated he received an unsolicited phone call from a male subject named "Jacob," who claimed to be a paralegal for an investment company's law firm. J.L. is over 80 years old and suffered from multiple health-related issues, including a recent heart attack that left him partially blind. J.L. recalled that "Jacob" told J.L. that he was eligible to receive restitution money from a previous timeshare-related fraud. J.L. recalled sending multiple checks to various entities at "Jacob's" direction since 2021. Investigators reviewed related banking documents before the interview, which revealed that J.L. mailed at least seven checks to *Nomads Financial Investments* at P.O. Box 9614 5501 Stockdale Hwy, Bakersfield, California, since January 2023. Investigators showed copies of the seven checks to J.L., who confirmed he had written and mailed all seven checks to *Nomads Financial Investments* at Jacob's direction. A follow-up investigation later confirmed that J.L. mailed at least twenty-seven checks since May 2021 for $377,129.94 to various entities, including *Nomads Financial Investments*. J.L.'s loss will be discussed in detail later in this affidavit.

### 2.    **Interviewed Victim T.S.**

29.    On January 11, 2024, investigators interviewed a female victim, T.S., who stated she received an unsolicited phone call from a male subject named "Jonathan Garcia," who claimed to be a paralegal for a law firm named Restitution Recovery Attorneys and identified the lead attorney as "Christopher Moreno." See Figure 1. "Garcia" told T.S. that he was aware T.S. was a victim of a timeshare-related fraud in the past and that she could receive a large sum of restitution by paying the initial 1% tax fee. T.S. agreed and mailed a check on October 21, 2022, for $3,468.18, payable to *Nomads Financial Investments* at P.O. Box 9614 5501 Stockdale Hwy, Bakersfield, California. Shortly after mailing the first check, T.S. was contacted by a male subject named "Himamauli Das"[3], who claimed to be the U.S. Department of Treasury director. "Das" told T.S. that she needed to pay about $7,000.00 to settle the tax liability for the restitution amount. Based on financial records obtained in response to grand

---

3 Per FinCEN's website, Him Das was the Acting Director of FinCEN beginning in August 2021. https://www.fincen.gov/news/news-releases/fincen-announces-new-acting-director.

1  jury subpoenas, on November 1, 2022, T.S. mailed a check for $6,936.37, payable to *Nomads Financial*

2  *Investments*, at the same P.O. Box address in Bakersfield, California. After the second check cleared, T.S.

3  received multiple phone calls from "Garcia" and "Das," who asked T.S. to pay additional fees. T.S. stated

4  it was at this point T.S. realized she had been scammed.

5              3.      **Interviewed Victim C.H.**

6          30.      On February 6, 2024, investigators interviewed an elderly female victim, C.H., who stated

7  that she received an unsolicited phone call from an individual identifying as "Alex Martinez," who claimed

8  to be a paralegal working for an attorney named "Christopher Moreno" in California. C.H. stated

9  "Martinez" informed her that there were restitution funds, which she could claim due to a previous

10  timeshare-related fraud involving C.H. "Martinez" also informed C.H. that the suspects responsible for

11  the fraud had been arrested. Their assets, located in an offshore account, had been seized by the U.S.

12  government, and C.H. would be responsible for paying the offshore tax fee of 1% to transfer the recovered

13  funds into C.H.'s account. C.H. was instructed to mail a check for the 1% tax fee of $3,468.18, payable to

14  ███████████████ at 500 W. Hamilton Avenue #110576, Campbell, California. C.H. complied

15  and mailed the check on May 10, 2023. Shortly after mailing the check, C.H. was contacted by a male

16  subject named "Himamauli Das," who identified himself as an acting director of the Financial Crimes

17  Enforcement Network (FinCEN). "Das" informed C.H. that she did not qualify for the 1% tax bracket and

18  must pay an additional 2% tax fee. "Das" instructed C.H. to mail a check for $6,936.37, payable to

19  █████████████ at P.O. Box 23074, San Jose, California, which C.H. complied with by mailing the

20  check as directed on May 23, 2023. Shortly after mailing the second check, C.H. was informed by "Das,"

21  who claimed that the attorney, "Moreno," and his firm had violated certain tax laws and that the firm was

22  fined $250,000.00, and C.H. was fined $100,000.00. C.H. reported she was threatened with jail time if she

23  did not pay the penalty fine by "Das." Out of fear of arrest and jail time, C.H. complied with "Das" on

24  June 2, 2023, and mailed a $100,000.00 check payable to *Nomads Financial Investments* at P.O. Box

25  9614, 5501 Stockdale Hwy, Bakersfield, California. C.H. canceled the check after she spoke with her

26  family and learned this was a scam.

27  ///

28

AFFIDAVIT                                      10

4. **Interviewed Victim D.F.**

31.     On July 10, 2024, I and other investigators interviewed an elderly female victim, D.F., who stated she received an unsolicited phone call from a male subject named "Josiah Daniels," who claimed to be a paralegal for a law firm named Restitution Recovery Attorneys and identified "Christopher Moreno" as the lead attorney of the firm. "Daniels" claimed that D.F. was entitled to restitution due to a previous timeshare-related fraud, which she was a victim of in 2010. Like the other victims mentioned above, D.F. was directed to mail the two checks to pay the tax fees. D.F. ultimately was tricked into sending at least thirty-two checks payable to ten different "beneficiary businesses" for approximately $2,077,206.71. I confirmed with DF that she had mailed five checks to *Nomads Financial Investments*, one of which included a check for $135,562.25, which was mailed on May 1, 2023. D.F. confirmed that all checks were mailed using the overnight or expedited delivery service. I learned that all the victims were given explicit instructions to provide the tracking numbers of the mail.

C.     **Communications From the "Nomads Financial Investments" Owner and Other Members of the Fraud Scheme Showed How Victim Funds are Moved.**

32.     On August 2, 2023, Delano Police Department officers arrest Felix Alejandro for illegally possessing a firearm. Alejandro also had approximately $9,068.00 in his car at the time. He told officers that he owned and operated a "real estate" business to justify the money. Officers arrested him and seized his cellphone and the currency.

33.     I reviewed Alejandro's criminal history, which showed he was sentenced to 140 months of imprisonment for drug trafficking in the Eastern District of California on September 23, 2013, in Case #1:11-cr-00354-JLT. Alejandro was on supervised release at the time of his arrest. (Case #1:11-cr-00354-JLT, ECF No. 859.) Alejandro is a documented Norteño prison gang member/associate per California Department of Corrections and Rehabilitation records.

1. **Alejandro Created Nomads Financial Investments as Part of the Fraud Scheme.**

34.     Based on publicly available information from the Kern County Clerk, Alejandro filed a Fictitious Business Name for *Nomads Financial Investments* with the County of Kern on September 8, 2022, with an address of ████████████ #B, Wasco, California 93280. The address of ████████

AFFIDAVIT

#B, Wasco, California is Alejandro's address of record according to the California DMV.

35.    U.S. Postal Inspection Service records showed that ████████, Bakersfield, California, which was located at ████████ Hwy in Bakersfield, was rented by Alejandro from June 21, 2022, to January 11, 2024.

36.    Bank records obtained in response to grand jury subpoenas showed that Alejandro opened at least three bank accounts at three different financial institutions in 2022 and 2023 under the name "Nomads" or "Nomads Financial Investments." The financial documents produced in response to grand jury subpoenas showed the following:

 a)    <u>JP Morgan Chase</u>. In June 2022, Alejandro opened a JP Morgan business checking account, using his social security number, and his personal cell phone number, 661-584-████ Alejandro initially provided a business address of ████████ Delano, California 93215, but later changed the address to his address of record, ████████ Wasco, California.

 b)    <u>Union Bank</u>. In September 2022, Alejandro opened a business checking account at Union Bank using his social security number, and provided his address of record, ████████ Wasco, California. Alejandro also provided his personal cell phone number, 661-584-████

 c)    <u>Bank of America</u>. In January 2023, Alejandro opened a business checking account at Bank of America under the name of "Felix Alejandro IV Sole Prop DBA Nomads Financial Investments" using his social security number.

37.    Based on information produced in response to grand jury subpoenas, Alejandro deposited over $1.2 million in checks from various individuals, including from previously mentioned victims J.L., T.S., C.H., and D.F., into the three bank accounts above between 2022 and 2023. Once the checks cleared, Alejandro regularly withdrew cash and sent outgoing wire transfers to various individuals and business entities in the United States and ████████

### 2.    Alejandro's Cellphone Contained Communications with Co-Conspirators Regarding the Fraud Scheme.

38.    Investigators obtained a search warrant for Alejandro's cell phone and retrieved its contents. During the review of his cell phone's contents, investigators located audio files and text messages between Alejandro and a male subject, later identified as ████████ the suspected

1   user of **Account 3**. Investigators learned that ███████ was ████████████████████████

2   ████████████████████████████████████

3       39.    I reviewed text message and signal message communications between Alejandro and

4   ██████ In text messages, they discussed checks that Alejandro would receive from "clients." ███████

5   instructed Alejandro to receive and transfer the proceeds, including providing him with wire instructions.

6       40.    For example, on May 3, 2023, ███████ texted Alejandro, "The 135k arrives tomorrow at

7   6." Based on my review of information produced in response of grand jury subpoena, the "135k" came

8   from victim D.F., who had mailed a check for $135,562.25, payable to *Nomads Financial Investments*,

9   written on May 1, 2023.

10       41.    On May 4, 2023, ███████ texted Alejandro, "It's delivered. It's good to deposit." Based

11   on information obtained in response to grand jury subpoenas of Alejandro's JP Morgan Chase bank

12   account, Alejandro deposited D.F.'s check via an electronic deposit on May 4, 2023. Information produced

13   in response to grand jury subpoenas showed the funds from D.F.'s check was transferred to a bank account

14   owned by a co-conspirator business account named ███████ *LLC* in Florida, before it was transferred

15   again to an account in ███████ owned by a co-conspirator. Alejandro also withdrawal $9,000.00 in cash.

16   Alejandro's phone also contained a photograph of D.F.'s driver's license. The photograph was sent by

17   ███████ to Alejandro.

18       42.    On July 1, 2024, this Court issued an order pursuant to 18 U.S.C. § 2703(d) directing

19   Google LLC to provide information regarding several Google accounts. Information received from

20   Google in response to this order showed that the email address felixalejandro1007@gmail.com (herein

21   after referred to as "Alejandro's Google Account") was created on August 27, 2021, and was created in

22   the name of "Felix Alejandro." The birthday listed for Alejandro's Google Account was June 14, 1986,

23   which is the true date of birth of Alejandro, based on his California driver's license. Google records also

24   showed that Alejandro's Google Account used the following Google services: Gmail, Web & App

25   Activity, YouTube, and Google Calendar.

26       43.    To date, Alejandro and *Nomads Financial Investments* received approximately $1,191,000

27   in victim checks, which were funneled to other co-conspirators of this scheme.

28

3.     **Alejandro and ███████████ Discussed Victim Funds, Wire Transfers, and "Fees" for Facilitating the Transfer.**

44.    Investigators learned through publicly available California birth index database that the co-conspirator mentioned above, ███████████ had a younger brother, █████ █████ date of birth February 7, 1985. ███████████ also shared the same address of record as █████████ 1062 Almond Avenue, Arbuckle, California. Additional records check confirmed ██████████ was a co-defendant with Alejandro (the registered owner of *Nomads Financial Investments*) in the prior narcotic trafficking case in the Eastern District of California in which they were both convicted and sentenced to federal prison. Bureau of Prison documents showed ████████████ was a documented Norteno prison gang member with a gang moniker of █████████████ █████ █████ was placed on federal probation upon release but absconded sometime in late 2021 and is currently wanted for probation violation. Investigators believe █████ is in ██████ based on communications with Alejandro.

45.    Text messages, voice messages, and photographs on Alejandro's cell phone, obtained pursuant to a search warrant, were shared between Alejandro and ███████████ (discussed previously). For example, on July 31, 2023, ██████ texted Alejandro, stating "Hey go ahead and deposit the 75k." Four minutes later ██████ texted "Yea let me know when it clears."

46.    Based on information produced in response to grand jury subpoenas and through interviews with victim C.B., Alejandro deposited a check for $75,000 into an account held by *Nomads Financial Investments* on July 31, 2023. Based on an interview with C.B., C.B. stated he mailed the check on July 24, 2023. During the interview with CB, he confirmed that he was a victim, and he mailed a check for $75,000.00, payable to *Nomads Financial Investments* at the P.O. Box address in Bakersfield, California.

47.    Investigators learned that ALEJANDRO and ██████ were also using an application named Signal[4] to communicate wire transfers of victim funds.

48.    Based on communications found on Alejandro's phone as a result of the search warrant, on March 22, 2023, Alejandro sent ████████ an image of bank wire instructions. See Figure 3.

///

---

[4] Signal is a private end-to-end encrypted messaging app that allows users to send and receive text, voice, or video messages to single users or groups.

1

**Figure 3: Attachment Alejandro Sent to ███ on March 22, 2023.**

2
3
4
5
6
7
8
9
10



11    49.    Based on the messages obtained through the search warrant on Alejandro's

12    phone, Alejandro texted ███ after sending the attachment (Figure 3), "This is the correct one right". ███

13    responded "Yea." Alejandro then confirmed "It's done," and "Im grabbing cash rn." ███ responded:

14    "Yea we only grabbing that cash one time not tomorrow." Alejandro then texted another attachment. See

15    Figure 4.

16    **Figure 4: BofA "Funds Transfer Request Authorization"**

17    **Alejandro Texted to ███ on March 22, 2023.**

18
19
20
21
22
23
24
25
26
27
28



50.    Figure 4 is a picture of a Bank of America "Funds Transfer Request Authorization" authorizing a wire transfer of $76,877.00 on March 22, 2023, from his business bank account at Bank of America for *Nomads Financial Investments* to a *Business Country to Country, LLC* bank account at Regions Bank. Bank of America records produced in response to grand jury subpoenas show that ALEJANDRO sent the wire transfer depicted in Figure 4. On the same day, ALEJANDRO withdrew $9,000.00 in currency. Based on the bank records produced in response to grand jury subpoenas, the outgoing wire transfer and cash withdrawal were funded by a check deposit from a known victim, E.A., who mailed a check for $115,648.15 on March 13, 2023, payable to *Nomads Financial Investments*. Below are the text messages discussing how much they each would benefit.

51.    Based on communications obtained through a search warrant on Alejandro's phone, Alejandro and ██████ discussed his fee in the conspiracy on March 28, 2023:

**ALEJANDRO**:    How much was it exactly that we get both from the last check

████████    It's eight thousand six hundred and twenty five each bro. That's what we make off of that 115k eight thousand six hundred and twenty five.

52.    Based on communications obtained through a search warrant on Alejandro's phone, on April 20, 2023, ALEJANDRO and ██████ discussed an expected check from victim J.L. J.L. is elderly and blind. J.L. did not fully fill out a check. The communications included:

████████    Let Me find out what happened

████████    Cause a 35k was supposed to show up

████████    He going to have dude resend again.

████████    I think dude blind lol

**ALEJANDRO**:    Yes the nigga is blind

53.    ALEJANDRO then shared a check image with ██████ from victim, J.L. See figure 5. As depicted in Figure 5, the amount portion of the check from J.L. was blank.

///

///

///

**Figure 5: Attachment Sent by Alejandro to ▓▓▓▓▓ Showing the Check from J.L.**



54.     Based on communications obtained through a search warrant on Alejandro's phone, on April 25, 2023, ▓▓▓▓▓ texted Alejandro about a victim's check that was sent to Alejandro "Yes but we still working that client," "Says there working the client who sent the 75k," and "To send more." In the message above, ▓▓▓▓ says that "we" are "working" the client. Based on my training and experience and knowledge of the investigation, I believe that "we" refers to the network of co-conspirators operating the fraud scheme in ▓▓▓▓▓ ▓▓▓▓ and elsewhere. "Working" a client means stealing more and more money from a victim as part of the fraud scheme.

55.     Based on information produced in response to grand jury subpoenas, Alejandro deposited a victim's check on April 29, 2023. Alejandro then made a cash withdrawal, which I believe is his fee for depositing and transferring the victim's funds. Based on surveillance footage from the bank, Alejandro withdrew his fee in $100 bills and took a photo of it. See Figure 6.

///

///

**Figure 6: Bank Surveillance Footage of Alejandro with Victim Funds.**



D.   **Members of the Fraud Scheme Use Email Accounts to Open Bank Accounts.**

56.   During this investigation, investigators interviewed dozens of victims like the ones previously stated, all who shared similar stories and experiences. This investigation revealed that all victims received similar documentation from the fraudsters, such as invoices for payments rendered by the victims. In some instances, victims received invoices addressed in the names of other individuals, who were later identified as additional victims of this fraud scheme.

57.   Based on my training and experience, I know financial fraudsters use emails and other messaging applications to communicate about the fraud. Based on my training and experience, and conversations with other agents' knowledge of this investigation, I believe that these invoices are digitally transferred between co-conspirators through various messaging applications or emails. The co-conspirators can then edit the victim's name and "beneficiary business" or "bonded agent" name to match the victim they are dealing with at that given moment. These invoices are presumed to be stored in the co-conspirator's backup file documents in their Google accounts, in cloud-based services, and/or on their local phone devices to be readily accessible to use later when furthering the scheme.

58.   According to bank records obtained in responses to subpoenas issued by a grand jury, the

below names appear on bank accounts identified to have received and transferred victim funds. See Figure 7. Based on these records, the individuals listed below created, controlled, and/or used the bank accounts to receive and transfer stolen victim money as part of the fraud scheme.

59.     The bank records obtained by a grand jury subpoena also showed the Google accounts that the individuals listed as their contact information with their financial institution. See Figure 7. Based on the grand jury subpoenas and the training and experience of the agents, investigators believe these Google accounts are used to communicate with the financial institution and others in the furtherance of the fraud scheme. Investigators also believe, based on their training and experience, that these individuals are using their Google accounts to communicate with others in furtherance of the criminal fraud.

**Figure 7: Individuals and Gmail Accounts**
**Listed on Bank Accounts Receiving and Transferring Victim Funds.**

| Gmail Account | Individual Associated with Gmail Account | Account |
|---|---|---|
| **Belm83@gmail.com** | Juliet MORA | 1 |
| ████████████ | ██████ | 2 |
| ████████████ | ████ | 3 |
| ██████████ | ██████ | 4 |
| ██████████ | ██████ | 5 |
| ████████████ | ████████ | 6 |
| ██████████ | ██████████ | 7 |

60.     Belm83@gmail.com will be referred to hereinafter as "**Account 1.**" ████████████ will be referred to hereinafter as "**Account 2.**" ████████████ will be referred to hereinafter as "**Account 3.**" ████████████ will be referred to hereinafter as "**Account 4.**" ████████████ will be referred to hereinafter as "**Account 5.**" ████████████ will be referred to hereinafter as "**Account 6.**" ████████████ will be referred to hereinafter as "**Account 7.**" **Account 1**, **Account 2**, **Account 3**, **Account 4**, **Account 5, Account 6,** and **Account 7** will be referred to hereinafter, collectively, as the "**Target Accounts**."

61.     There is probable cause to believe evidence of a crime will be located in the **Target Accounts.**

E.     **There is Probable Cause Account 1 Associated with Juliet Mora Contains Evidence of a Crime.**

62.     Based on information produced in response to grand jury subpoenas, ███████ made several outgoing wire transfers from the "█████ bank accounts to a business entity named *Domestic and International Business Solutions, LLC*, in Hayward, California. Based on publicly available information from the California Secretary of State, Juliet MORA filed and formed *Domestic and International Business Solutions, LLC*. She used her true date of birth, based on her California driver's license, and used an address in Oakland, California that was Mora's former address according to California DMV record. The most recent Statement of Information filed with the California Secretary of State on March 16, 2024, listed Juliet MORA as the Chief Executive Officer, with the business address listed as ███████████ Apt #17, Hayward, California 94544. The type of business was listed as an "Investment Company." MORA was the listed signer for the Statement of Information.

63.     The new address of record for *Domestic and International Business Solutions, LLC*, was the same as MORA's address of record, based on her registered address with the California DMV. Bank records obtained in response to grand jury subpoenas showed that MORA opened several bank accounts using her social security number ending in 6544, and her California driver's license number. On August 14, 2021, MORA opened a business checking account at Wells Fargo Bank ending in 1106 under *Domestic and International Business Solutions, LLC*. She listed the email of "**belm83@gmail.com**" (**Account 1**) and the address in Oakland, California. The documents showed MORA provided a phone number of 510-646-██ and wrote the business was "buying and selling houses." She also stated on the documents that she was the "Key Executive with Control of the Entity." The account was closed by Wells Fargo Bank on April 8, 2022.

1.     **Account 1 was Listed on Mora's Wells Fargo Bank Account Which Received and Transferred Victim Funds.**

64.     Based on information produced in response to grand jury subpoenas, MORA's Wells Fargo Bank account received and wired victim funds money from the following individuals or entities that

received victim funds:

- $134,856.60 from *International Investments*, operated by Eduardo Navarro from December 2021 to June 2022 in Fresno, CA. This business now appears to be operated by ████████ of Fresno, CA. Investigators have identified both ████ and ████ as suspected co-conspirators in the fraud scheme. Per Bureau of Prison records for ████ ████ was listed as his cousin and point of contact.

- $88,719.00 from ████████████, operated by ████████ from July 2021 to September 2023 in Amarillo, TX. ████ is the suspected user of **Account 4**. ████ wired funds to both Juliet MORA and *Domestic and International Business Solutions, LLC* with the address ████████, Oakland, CA.

- $58,454.00 from ████████████, operated by ████████ from approximately May 2021 to December 2021 in Stockton, CA. Investigators identified ████ as a suspected co-conspirator in this fraud scheme.

- $25,234.00 from ████████████

- $10,167.00 from ████████████, operated by ████████ from approximately August 2021 to the present, in Amarillo, TX. Investigators have identified ████ as a potential co-conspirator in this fraud scheme.

65.    Based on information produced in response to grand jury subpoenas, from November 2021 to March 2022, MORA transferred or spent approximately $337,817.00. The following is a breakdown of these transactions.

- Approximately $163,317.00 to two other Wells Fargo accounts in her name.

- Approximately $80,902.38 was withdrawn from the account from an institution in ████████

- Approximately $17,641.00 in purchases in ████ from this account.

- Transferred via Zelle, $2,536.00 to Dixter Solis. Investigators identified ███████ as MORA's ██████ as a suspected co-conspirator in this fraud scheme. ██████ resides in ███████████████.

66.    Based on information produced in response to grand jury subpoenas, MORA's Wells Fargo Bank account ending in 1106 under *Domestic and International Business Solutions, LLC* listed **Account 1** as the email contact.

2.    **Account 1 was Listed on Mora's Bank of America Account Which Received and Transferred Victim Funds.**

67.    Based on information produced in response to grand jury subpoenas, on March 11, 2022, MORA opened a Bank of America account ending in 7492 under *Domestic and International Business Solutions, LLC*. The documents showed MORA provided an EIN #87-█████ for the bank account. Bank of America eventually closed this account on January 19, 2023. The last bank statement's mailing address was ████████████ Apt #17, Hayward, California 94544. From April 2022 to January 2023, MORA received approximately $469,943.00 from the following individuals and entities where victim money was received in this scheme.

- $78,072.00 from ██████ using his █████ accounts.
- $84,455.00 from ████████████████, registered to ██████████, previously mentioned suspected co-conspirator.
- $65,360.00 from ████████████████ is a potential co-conspirator in this fraud scheme. ██ ██████████████ instructed █████ what to do with victim funds in text and signal messages found on ███████ phone.
- $52,498.00 from ██████████████, registered to ██████████
- $31,338.00 from ██████████ another suspected co-conspirator.
- $24,088.00 from ████████████████, a business registered to █████████ the user of **Account 4**.

- $23,354.00 from ██████████ a business registered to ██████████ who was identified as a potential co-conspirator in this fraud scheme.

- $17,300.00 from ██████████, registered to ██████████ and ██████ ████

68.    Based on information produced in response to grand jury subpoenas, MORA also deposited $24,500.00 in cash between March 11 and March 16, 2022, and withdrew $9,500.00 in cash from the account on March 22, 2022. From April 2022 to January 2023, approximately $364,603.00 was debited from this account in ████. Out of this amount, $294,067.00 was cash withdrawn from ATMs located in ████.

69.    Based on information produced in response to grand jury subpoenas, MORA's Bank of America account ending in 7492 under *Domestic and International Business Solutions, LLC* listed **Account 1** as the email contact.

### 3.    Account 1 was Listed on Mora's U.S. Bank Account Which Received and Transferred Victim Funds.

70.    Based on information produced in response to grand jury subpoenas, on March 17, 2022, MORA opened a U.S. Bank account ending in 0794 under the name of *Domestic and International Business Solutions, LLC*. The mailing address on the statement was ██████████ Hayward, California, 94544. U.S. Bank closed the account on July 5, 2023, and issued an account closing check to *Domestic and International Business Solutions, LLC* for $4,352.64. From March 2022 to June 2023, MORA received approximately $389,727.00 from the following individuals and business entities where victim money was received in the scheme.

- $172,452.00 from ██████████

- $57,345.00 from ██████████, registered to ██████ a co-conspirator and user of **Account 4**.

- $55,767.00 from ██████████ a suspected co-conspirator in this fraud scheme.

- $47,002.00 ▇▇▇▇▇▇▇ a business registered to ▇▇▇▇▇▇ , a potential co-conspirator in this fraud scheme.

- $11,791.00 from ▇▇▇▇▇▇▇▇ , register to ▇▇▇▇▇

- $2,900.00 from ▇▇▇▇▇▇▇ .

71.    Based on information produced in response to grand jury subpoenas, from April 2022 to July 2023, approximately $56,813.00 was debited from MORA's U.S. Bank account in ▇▇▇▇ Of this amount, approximately $28,307.00 was withdrawn from ATMs located in ▇▇▇▇

72.    Based on information produced in response to grand jury subpoenas, MORA's U.S. Bank account ending in 0794 under *Domestic and International Business Solutions, LLC* listed **Account 1** as the email contact.

4.    **Account 1 was Listed on Mora's Citibank Account Which Received and Transferred Victim Funds.**

73.    Based on information produced in response to grand jury subpoenas, on January 23, 2023, MORA opened a Citibank account ending in 8328 under the name of *Domestic International Business Solutions, LLC*. The documents showed MORA provided EIN #87-▇▇▇▇ In the account application, MORA indicated that she received revenue from ▇▇▇▇ and Costa Rica. MORA reported the business as "buy and sell real estate in ▇▇▇▇ and Costa Rica." MORA reported an annual gross revenue of $500,000.00 and an annual net profit of $200,000.00. MORA indicated she owned and founded *Domestic International Business Solutions, LLC*. MORA endorsed and deposited the check issued by the U.S. Bank when that account was closed into the Citibank account ending in 8328 on July 18, 2023.

74.    Based on information produced in response to grand jury subpoenas, MORA's Citibank account ending in 8328 under *Domestic and International Business Solutions, LLC* listed **Account 1** as the email contact.

75.    Based on information produced in response to grand jury subpoenas, Citibank records for MORA's account ending in 8328 showed that MORA deposited two checks from known victims. The first check was deposited on April 15, 2024. MORA deposited a $165,888.16 check from a known victim, S.C., which was made payable to *Domestic and International Business Solution, LLC*. Investigators

interviewed S.C., who stated and confirmed that on April 7, 2023, she mailed a check made payable to *Domestic and International Business Solution, LLC*, for $165,888.16 at the direction of "Joseph Viera," a representative of "Capital Wealth Management." "Joseph Viera" claimed that S.C. needed to pay an account set-up fee, which "Viera" claimed would be reimbursed later. S.C. stated she mailed the check to P.O. Box 157, Hayward, California 94543.

76.    Based on information produced in response to grand jury subpoenas, on April 17, 2024, MORA deposited a check from another known victim, C.W., for $87,690.18, payable to *Domestic and International Business Solution, LLC*. Investigators interviewed C.W. During the interview C.W. stated that on April 15, 2024, she mailed a check payable to *Domestic and International Business Solution, LLC*, for $87,690.18 at the direction of "Joseph Viera," a representative of "Capital Wealth Management." "Joseph Viera" claimed that the restitution funds were being maintained at "Capital Wealth Management" and that the final payout amount had been increased to more than $970,000.00 due to interest accrual. "Joseph Viera" also claimed that C.W. had to pay an account management fee, which would be reimbursed later. C.W. stated she mailed the check to P.O. Box 157, Hayward, California 94543. The deposit of C.W.'s check was captured on the Citibank branch surveillance camera, which depicted MORA depositing on April 17, 2024, at about 2:18 PM PST at the Citibank branch located at 22548 Second Street, Hayward, California. See Figure 8.

**Figure 8: Mora Depositing Victim C.W.'s Check
for $87,690.18 into Her Citibank Account on April 17, 2024.**



77.    Citibank records produced in response to grand jury subpoenas showed that the abovementioned deposits funded two outgoing wire transfers from MORA's account ending in 8328. First, on April 17, 2024, MORA sent an outgoing wire transfer of $99,000.00 to a JP Morgan Chase bank account belonging to ███████ *LLC* in Coconut Grove, Florida. Based on information produced in response to grand jury subpoenas, Alejandro also wired victim funds to this account in Florida.

78.    Documents produced in response to grand jury subpoenas show a second wire the next day on April 18, 2024. MORA sent an outgoing wire transfer of $28,527.00 to the same business, ███████ *LLC* in Florida. Based on information produced in response to grand jury subpoenas, ███████ *LLC* received several wire transfers throughout the investigation, from March 2021 to the present, that were traced back to victim funds. Based on my training and experience and personal knowledge with this investigation, I believe ███████ *LLC* is a business entity that is funneling and moving money received from victims to co-conspirators in ███████ On May 16, 2024, the Citibank account ending 8328 was closed out with a remaining balance of $124,734.12.

5.    **Account 1 was Listed on Mora's First United Credit Union Account Which Received and Transferred Victim Funds.**

79.    Based on information produced in response to grand jury subpoenas, on April 29, 2024, MORA opened a business checking account ending in 7640 with First United Credit Union under the name of *Domestic International Business Solutions, LLC*. The documents show MORA indicated the business was "real estate and rental and leasing." At the time of the account opening, MORA provided her personal identifying information, including the CA driver's license number, her social security number ending in 6544, and her address of record, ███████ #17, Hayward, California 94544. First United Credit Union documents show MORA also provided a copy of the State of California Limited Liability Company Statement of Information for *Domestic and International Business Solutions LLC*, which listed MORA as the chief executive officer. MORA also provided the EIN 87-███████ issued by the IRS. MORA was captured on the bank's surveillance video at the time of the account opening.

80.    Based on information produced in response to grand jury subpoenas, on May 20, 2024, MORA deposited a $38,500.00 check from a victim, C.W., into the First Credit Union account ending in 7640. The deposit of the check was captured on the bank's surveillance video. See Figure 9. Investigators

reviewed the footage and confirmed the depositor was MORA. Investigators interviewed the victim, C.W. C.W. said she wrote and mailed the check and confirmed she was a victim of the timeshare restitution scam. C.W. confirmed that she mailed the check on May 2, 2024, payable to *Domestic International Business Solutions, LLC*, after being told by the director of SWIFT, "Javier Perez-Tasso," that C.W. needed to pay an insurance fee to guarantee the wire transfer for the restitution was legitimate. C.W. reported that she was told the insurance fee would be reimbursed later.

**Figure 9: Mora Depositing Victim C.W.'s Check
for $38,500.00 into Her First United Credit Union Account on May 20, 2024.**



81.    Based on information produced in response to grand jury subpoenas, MORA's First United Credit Union statements show that on June 12, 2024, MORA conducted a wire transfer of $38,000.00 to MORA's account ending in 0820 at Wise US Inc.,[5] funded with the funds from the aforementioned victim, C.W. There were no other incoming sources of income before the wire transfer.

---

[5] Wise (www.wise.com), previously known as TransferWise, is a financial technology company focused on global money transfers located in London, England.

82.     Based on information produced in response to grand jury subpoenas, MORA's First United Credit Union account ending in 0820 under *Domestic and International Business Solutions, LLC* listed **Account 1** as the email contact.

### 6.     Account 1 was Listed on Mora's Wise Account Which Received and Transferred Victim Funds.

83.     Wise financial records produced in response to a grand jury subpoena, indicated MORA opened an account with Wise, P56669927, associated with bank account ending in 0820, on April 29, 2024, in the name *Domestic and International Business Solutions, LLC*. Per Wise Know Your Customer information, MORA provided her personal identifying information, including the CA driver's license number, her date of birth, and her address of record, ████████████ #17, Hayward, California 94544, and **Account 1**. Wise documents show MORA also provided a copy of the State of California Limited Liability Company Statement of Information for *Domestic and International Business Solutions LLC*, which listed MORA as the chief executive officer. MORA also provided the EIN 87-██████ issued by the IRS. MORA provided the additional business description "investment company buying and selling properties". Additionally, MORA provided photographs of herself and front/back photographs of her California driver's license, which lists the Forselles Way address. Per Wise communication documents, Wise requested additional details regarding Juliet Marie MORA. Using **Account 1**, MORA provided the response to Wise, "████████████ apt 17 Hayward ca 94544. I also have a po box that my business is under. It is po box ████████████

84.     From June 12, 2024, to September 12, 2024, MORA Wise account received approximately $126,786.00 from the following individuals and business entities where victim money was received in the scheme.

- $38,000.00 from *Domestic & International Business Solutions* account at 1st United Credit Union, where MORA deposited a victim check described above.
- $31,470.00 from ████████████, a business registered to ████████████, a potential co-conspirator in this fraud scheme.
- $21,500.00 from ████████████, a business registered to ████████████, a potential co-conspirator in this fraud scheme.

- $17,500.00 from ███████████████.
- $14,700.00 from ███████████, a business registered to ███████ a potential co-conspirator in this fraud scheme.
- $3,616.00 from ███████████ a business registered to ███████ a potential co-conspirator in this fraud scheme.

Based on information produced in response to grand jury subpoenas, MORA's Wise account ending in 0820 under *Domestic and International Business Solutions, LLC* listed **Account 1** as the email contact.

7. **Mora Listed Account 1 as Her Email Address to U.S. Customs Officials and Possessed Documents Associated with her Business and Bank Accounts.**

85.    On May 3, 2024, MORA was contacted and interviewed by U.S. Customs and Border Protection (CBP) at the San Francisco International Airport while boarding a flight to ███████ MORA claimed to be a nursing professional and said that that her boyfriend had moved to Managua, ███████ to start a real estate business. MORA was in possession of her California ID card with an address of ███████ Hayward, California 94544. MORA provided **Account 1** as her email address and her cell phone number, 510-646-████ CBP inspected MORA's two checked luggage items and located the following:

- A document showing MORA owned a company named *Domestic and International Business Solutions, LLC*, filed under her name since August 10, 2021, with an address of ███████, Oakland, California 94601.
- A business checking account application for Wells Fargo Bank dated May 1, 2024.
- A receipt of an outgoing wire transfer for $99,000.00 on April 17, 2024, to ███████ from *Domestic and International Business Solutions, LLC.*
- An invoice #3582, for $165,888.16, citing "Investment" from *Domestic and International Business Solutions, LLC*, to a known scam victim, S.C., at S.C.'s address of record dated April 5, 2024.

- A deposit receipt from Citibank in Hayward, California, dated April 17, 2024, for $87,690.18.

86. Investigators interviewed the victim, S.C., on May 2, 2024. S.C. stated she was contacted regarding a timeshare restitution program. S.C. eventually sent multiple checks at the individuals' direction. S.C. confirmed that she wrote and mailed a check on April 7, 2024, for $165,888.16, payable to *Domestic and International Business Solutions LLC*. S.C. confirmed she mailed the check to P.O. Box ███ Hayward, California ████ S.C. stated she was told the fee was for an "account set-up fee" and would be refunded later. Based on information produced in response to grand jury subpoenas, this check was deposited into MORA's account. Investigators obtained U.S. Postal Inspection Service records for P.O. Box 157, Hayward, California 94543, which confirmed that MORA was the box holder, and the documents show she provided her address of record, ████████████ Hayward, California ████ and her phone number, 510-646-███.

87. Based on information produced in response to grand jury subpoenas, to date, MORA and *Domestic and International Business Solutions* received approximately of $1 million in victims' funds through wire transfers from the co-conspirators and/or business entities within this investigation. Based on information produced in response to grand jury subpoenas, this money received by MORA was funneled to other co-conspirators in furtherance of the scheme.

### 8. Google Documents Produced in Response to a Federal Court Order Under Section 2703(d) Showed Account 1 is Still Active and Associated with Mora.

88. On July 1, 2024, this Court issued an order pursuant to 18 U.S.C. § 2703(d) directing Google LLC to provide information regarding several Google accounts. Information received from Google in response to this order revealed that the email address **Account 1** was created on August 29, 2007, and was created in the name of "Domestic International Business Solutions." The birthday listed for **Account 1** was MORA's true date of birth. The **Account 1** lists +510-646-███ as its "Recovery SMS number," which is the phone number that can be used to regain access to an account if the user is locked out. Google records show that as of July 15, 2024, when records were produced, a user had logged in to **Account 1** on July 2, 2024, from an IP address 190.212.217.147, which is associated with an internet

service provider location in ███████

89.     Google records also show that **Account 1** uses the following Google services: Google Hangouts, Web & App Activity, Google Services, Gmail, Google Photos, iGoogle, YouTube, Google Alerts, Android, Google Calendar, Google Mobile, Profiles, Google Play, Location History, Google Chrome Sync, Google Cloud Print, Google Payments, Has Madison Account, Google Voice, Tasks In Tingle, Google My Maps, Google Drive, Google Play Music, Google Sites, Google Docs, Google Keep, Geo Madden, Device Centric Auth, AdMob, Google Chat, Chromeos Login, G1 Phone Backup, and has Google One Membership Information. Per Google support information, "G1 phone backup" automatically backs up your phone and the user can access this back up file from a computer. Additionally, a Google One membership is a subscription-based services that enhances your Google account with additional storage and features.

90.     The Google change history for **Account 1** stated that on September 13, 2022, the country was changed from the United States to ███████   Additionally, on April 23, 2024, Google One Membership Information was added to the account.

91.     The Google Pay change history records for **Account 1** indicated that on May 27, 2024, the new address was added "Juliet Marie Mora, ███████████ Apt 17, Hayward, CA 94544, United States, +1-510-646-████  The Google Pay transactional history for **Account 1** indicated on November 22, 2023, a "2 TB Google One" subscription was purchased and on June 23, 2024, a "Google One AI Premium" subscription was purchased for the account. The Google records for **Account 1** indicated that the registered device accessed WhatsApp between June 15, 2022, and July 2, 2024. Additionally, approximately 9,958 WhatsApp media files are located in the Google Drive mobile backup.

92.     Based on my training and experience, I know financial fraudsters will attempt to hide their communications through encrypted messaging services, such as WhatsApp, and that these communications and documents are often stored at servers of cloud service providers. Based on my training and experience, I believe that MORA and other co-conspirators within this fraud scheme use encrypted based communication platforms (such as WhatsApp) to share documents, communications, and updates with other co-conspirators to further the scheme. I further believe, based on my training and

experience, that these documents, media, and audio files are saved and backed up to the users Google

accounts to access in furtherance of the scheme.

**F.**     **There is Probable Cause Account 2, Associated with** ███████████ **Contains Evidence of a Crime.**

93.     ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████

1.     **Account 2 was Listed on** ██████████ **Wells Fargo Bank Account Which Received and Transferred Victim Funds.**

94.     ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

95.     ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

96.     █ █ █ ███ ███ ███ ██ █ ██ ███

█████████████████

97.     ████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████

•     ████████████████████████████████████████

- $12,213.00 to *Domestic and International Business*, registered to MORA.

- $105,645.00 to *Domestic and International Business Solutions*, registered to MORA.

- ████████████████████████████████████

98. ████████████████████████████████████████

████████████████████████████████████████

██████████████

///

99. ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████

100. ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

101. ████████████████████████████████████████

████████████████████████████████

102. ███████████████████████████████████████
████████████████████████████████████████████
██████

    2.    **Google Documents Produced in Response to Grand Jury Subpoenas Show Account 2 is Still Active and Associated with** ███████

103. ███████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████

    **G.**    **There is Probable Cause Account 3, Associated with** ████████████ **Contains Evidence of a Crime.**

104. ███████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

AFFIDAVIT

105.

106.

107.

108.

**H.**    **There is Probable Cause Account 4, Associated with** ▮▮▮▮▮▮ **Contains Evidence of a Crime.**

109.

1

2

3   110.

4

5

6

7

8

9        1.        ████████  **Used a Wells Fargo Bank Account to Receive and Transfer Victim Funds.**

10

11   111.

12

13

14

15

16

17   112.

18

19

20   113.

21

22

23

24

25

26

27

28        [6] Per FinCEN's website, Michael Mosier was the Acting Director of FinCEN in 2021 until August

36

1

2

3

4

5    114.

6

7

8

9

10

11

12    115.

13

14

15

16

17    116.

18

19

20

21    117.

22

23    •

24

25

26



3, 2021, when he was replaced by Him Das, discussed previously. https://www.fincen.gov/news/news-releases/fincen-announces-new-acting-director.

27

28

2.    █████████ **Used a Bank of America Account to Receive and Transfer Victim Funds.**

118.    ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████████

119.    ████████████████████████████████████
████████████████████████████████████████
█████████████

120.    ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████

121.    ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████

///

122. ███████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████████

- ████████████████████████████████
- ████████████████████████████
- ████████████████████████████
- █████████████████████████████████
- ████████
- █████████████████████████

- $81,433.00 to *Domestic and International Business Solutions, LLC*, registered to MORA.

123. ████████████████████████████████
████████████████████████████████████
████████████████████████

3.  **Google Documents Produced in Response to a Court Order Under Section 2703(d) Showed Account 4 is Still Active and Associated with** ███████████

124. ████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

1

2

3

4

125.

5

6

7

8

9

126.

10

11

12

127.

13

14

15

16

17

18

128.

19

20

21

22

23

24

I.    **There is Probable Cause Account 5, Associated with** ████████ **Contains Evidence of a Crime.**

129.

1 ███████████████████████████████████████████████

2       1.    **Account 5 was Listed on ██████ Wells Fargo Account Which Received**

3            **and Transferred Victim Funds Tied to ██████**

    130.  ██████████████████████████████████████████

4 ███████████████████████████████████████████████

5 ███████████████████████████████████████████████

6 ███████████████████████████████████████████████

7 ███████████████████████████████████████████████

8 ███████████████████████████████████████████████

9 ███████████████████████████████████████████████

10 ███████████████████████████████████████████████

11 ███████████████████████████████████████████████

12 ███████████████████████████████████████████████

13 ████████████████████████████████████

14     131.  ██████████████████████████████████████████

15 ███████████████████████████████████████████████

16 ████

17      •  ███████████████████████████████████████████

18        █████████████████████

19      █  ███████████████████████████████████████████

20        █████████████████████

21      █  ███████████████████████████████████████████

22        █████████████████████

23      █  ███████████████████████████████████████████

24        █████████████████████

25     132.  ██████████████████████████████████████████

26 ███████████████████████████████████████████████

27 ████████████████

2.    ███████ **Used a Chase Bank Account to Receive and Transfer Victim Funds Tied to** ██████████████

133.    ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████

134.    ████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

- $89,767.00 to *Domestic and International Business Solutions, LLC*, registered to MORA.

- ██████████████████████████████

- $39,895.00 to MORA.

135.    ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████

136.    ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████



137.

138.

139.

///

///

3.     **Used a Bank of America Account to Receive and Transfer Victim Funds Tied to**

140.

141.

142.



143.

144.

///

///

4. **Google Documents Produced in Response to a Court Order Under Section 2703(d) Showed Account 5 is Still Active and Associated with** ███████

145. ███████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████

146. ███████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

█████████████████████

J. **There is Probable Cause Account 6, Associated with** ███████████ **Contains Evidence of a Crime.**

147. █████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

█████████████████

///

1.    **Account 6 was Listed on** ████████ ██ **Account Which Received and Transferred Victim Funds.**

148. ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

149. ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████

150. ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████

151. ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████

152. ████████████████████████████████████████████



2.    **Google Documents Produced in Response to a Court Order Under Section 2703(d) Showed Account 6 is Still Active and Associated with** ██████

153.

154.

155.

**K.    There is Probable Cause Account 7, Associated with ███████████ Contains Evidence of a Crime.**

156.    ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████

       1.    **Account 7 was Listed on ██████████ Account Which Received and Transferred Victim Funds.**

157.    ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████

158.    ████████████████████████████████████████████

███████████████████████████████████

       2.    **Google Documents Produced in Response to a Court Order Under Section 2703(d) Showed Account 7 is Still Active and Associated with ██████████**

159.    ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

AFFIDAVIT

49

1 ████████████████████████████████████████
2 ████████████████████████████████████████
3 ████████████████████████████████████████
4 ████████████████████████████████████████
5 ████████████████████████████████████████
6 ████████████████████████████████████████
7 ████████████████████████████████████████
8 ████████████████████████████████████████
9 ████████████████████████████████████████
10 ████████████

11 **V.** ████████████████████

12 160. ████████████████████████████████████
13 ████████████████████████████████████████
14 ████████████████████████████████████████
15 ████████████████████████████████████████
16 ████████████████████████████████████████
17 ████████████████████████████████████████
18 ████████████████

19 161. ████████████████████████████████████
20 ████████████████████████████████████████
21 ████████████████████████████████████████
22 ████████████████████████████████████████
23 ██████████████

24 162. ████████████████████████████████████
25 ████████████████████████████████████████

26 [7]
27 ████████████████████████████████████████
28 ████████████

163. 

b.



AFFIDAVIT



53



Affidavit

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28





164.

1

2

3

4

5

6

7

8   165.

9

10

11

12   166.

13

14

15

16

17

18

19

20

21

22   167.

23

24

25   168.

26

27

28

169. ██████████████████████████████████████

170. ██████████████████████████████████████

1

2

3

4

5

6

7    171. ███████████████████

8    ███████████████████████

9    ███████████████████████

10   ███████████████████████

11   ██████

12   172. ███████████████████

13   ███████████████████████

14   ███████████████████████

15   ███████████████████████

16   ███████████████████████

17   ███████████████████████

18   ███████████████████████

19   ███████████████████████

20   ███████████████████████

21   ██████

22   173. ███████████████████

23   ███████████████████████

24   ███████████████████████

25   ███████████████████████

26   ███████████████████████

27   ████████████

28

## VI.   REQUEST FOR SEALING AND DELAYED NOTICE

174.    I request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

175.    I further request, pursuant to 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), that the Court authorize the officer executing the warrant to delay notice until 90 days after the collection authorized by the warrant has been completed. Delayed notice is appropriate here because, following execution of this search warrant and review of the evidence seized, the FBI plans to conduct additional subject interviews in this investigation. There is reasonable cause to believe that providing immediate notification of the warrant may have an adverse result, as defined in 18 U.S.C. § 2705. Providing immediate notice would seriously jeopardize the ongoing investigation, as such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. See 18 U.S.C. § 3103a(b)(1). I also request that the Court authorize execution of the warrant at any time of day or night. Because the warrants will be served on Google, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

176.    I further request that the court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the court. These documents discuss an ongoing criminal investigation that is neither public nor known to the target(s) of the investigation. Accordingly, there is good cause to seal these documents.

///

///

///

///

///

1

## VII. CONCLUSION

2      177.    Based on the facts described in this affidavit, along with my training and experience, there

3   is probable cause to believe the **Target Accounts** contain evidence, fruits and instrumentalities of

4   violations of 18 U.S.C. §§ 1343, 1349, 371, 2326, and 1956.

5      178.    I therefore request the court issue a search warrant authorizing a search of the **Target**

6   **Accounts** described in Attachment A and for the seizure of items listed in Attachment B.

7      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge

8   and belief.

9

10                                      Respectfully submitted,

11

12                                      _____
                                        Kristen Reed,
13                                      Special Agent
                                        Federal Bureau of Investigation
14

15

16      This affidavit was submitted to me by reliable means and attest to me as true and accurate by

17   telephone consistent with Fed. R. Crim. P. 4.1, 4(d), and 41(d)(3) on _____**1/2/25**_____.

18

19   _____

20   The Honorable Barbara A. McAuliffe
     UNITED STATES MAGISTRATE JUDGE
21

22

23   Approved as to form by:

24

25   /s/   Cody Chapple
     Jeffrey A. Spivak
26   Cody S. Chapple
     Assistant U.S. Attorneys
27

28

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated with Google Accounts:<br>(1) belm83@gmail.com; (2) ████████<br>████████gmail.com; (3)<br>████ gmail.com; (4) ████ gmail.com; (5)<br>████████gmail.com; (6) ████████gmail.com; and (7)<br>████████gmail.com, Stored at premises owned, operated, and<br>controlled by Google LLC. | )<br>)<br>)<br>)  Case No.   1:25-sw-00001-BAM<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____California_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporated by reference as though fully set forth herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B attached hereto and incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____January 16, 2025_____ *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Any Magistrate Judge_____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*    ☑ until, the facts justifying, the later specific date of _____03/31/2025_____

Date and time issued:    01/02/2025 12:28 pm    *B. McAuliffe*
                                                                    *Judge's signature*

City and state:    Fresno, California    Hon. Barbara A. McAuliffe, U.S. Magistrate Judge
                                                            *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

## Certification

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## **ATTACHMENT A**

### **Property to Be Searched**

    This warrant applies to information associated with: (1) **belm83@gmail.com**; (2) ██████████████████ **gmail.com**; (3) ███████████████ **gmail.com**; (4) ████████ **gmail.com**; (5) ████████████ **gmail.com**; (6) ███████████ **gmail.com**; and (7) ███████████ **gmail.com**, that is stored at premises owned, maintained, controlled, or operated by Google, LLC, a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

## **ATTACHMENT B**



1



ATTACHMENT B

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  ATTACHMENT B                    3
28

ATTACHMENT B

4

ATTACHMENT B

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27   ATTACHMENT B                                    6
28